CARTER & SCHEAR
STEPHEN D. SCHEAR  Bar No. 83806
JANA CARTER  Bar No. 209110
2831 Telegraph Avenue
Oakland, California 94609
Telephone: (510) 832-3500
Facsimile:  (510) 272-0711

Attorneys for Plaintiff
JUDY CAVELL

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
MICHELLE Y. McISAAC  Bar No. 215294
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JUDY CAVELL,<br><br>        Plaintiff,<br><br>    v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al., | CASE NO. 2:05-CV-00432-FCD-DAD<br><br>**STIPULATION TO DISMISS HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY WITH PREJUDICE; ORDER** |

       IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Judy Cavell and defendant Hartford Life and Accident Insurance Company, by and through counsel, that all claims against defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and any and all other Hartford Life entities, shall be DISMISSED WITH PREJUDICE, each party to bear her or its own attorneys' fees and costs.

IT IS SO STIPULATED.


DATED:  August 10, 2005          CARTER & SCHEAR




                                            By:s/Jana Carter
                                                STEPHEN D. SCHEAR
                                                JANA CARTER
                                                Attorneys for Plaintiff
                                                JUDY CAVELL


DATED:  August 10, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP




                                            By:s/Dennis G. Rolstad
                                                DENNIS G. ROLSTAD
                                                MICHELLE Y. McISAAC
                                                Attorneys for Defendant
                                                HARTFORD LIFE AND ACCIDENT INSURANCE
                                                COMPANY


                                               <u>ORDER</u>

IT IS SO ORDERED.


DATED: August 11, 2005           /s/ Frank C. Damrell Jr.
                                                JUDGE OF THE UNITED STATES DISTRICT
                                                COURT, EASTERN DISTRICT OF CALIFORNIA