IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY CAVELL,<br><br>       Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL FINANCIAL INC., et al.,<br><br>       Defendants.<br>_____/ | NO.  CIV S-05-0432-FCD-DAD<br><br><u>ORDER TO SHOW CAUSE RE:</u><br><u>MOTION TO PRECLUDE EVIDENCE OR</u><br><u>TO COMPEL AND FOR MONETARY</u><br><u>SANCTIONS</u> |

       On July 12, 2006 plaintiff in the above-entitled action filed a motion to preclude defendants from using evidence or witnesses due to defendants' failure to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).  In the alternative, plaintiff moved for the court for an order compelling the initial disclosures.  Plaintiff also sought the award of attorney's fees in connection with her motion.  Defendants failed to file any opposition to plaintiff's motion.  Moreover, defendants failed to appear at the hearing on the motion on August 4, 2006.

/////

1  Because of defendants' failure to appear or file any
2  opposition to the motion IT IS HEREBY ORDERED that defendants will
3  show cause, at a hearing scheduled for **August 18, 2006 at 10 a.m. in**
4  **courtroom 27,** why the underlying motion should not be granted and why
5  additional sanctions should not be imposed for defendants' failure to
6  appear or respond to plaintiff's motion.
7  DATED: August 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:im
Dad1\orders.civil\cavell0432.osc.wpd

2