IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDY CAVELL,

        Plaintiff,

  v.

FIDELITY NATIONAL FINANCIAL INC., et al.,

        Defendants.
_____/

NO. CIV S-05-0432-FCD-DAD

ORDER

      This matter came before the court on August 18, 2006, for hearing on plaintiff's motion for sanctions due to defendants' failure to provide initial disclosures, or in the alternative to compel initial disclosures.  Steven Schear appeared on behalf of plaintiff.  Patrick Mortimer appeared on behalf of defendants.

      Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1

1. Plaintiff's motion to compel initial disclosures is granted;[1]

2. Defendants are directed to pay to plaintiff her reasonable expenses incurred in litigating this discovery dispute in the amount of $2,205. Defendants shall pay such expenses within two weeks of the date of this order.

DATED: August 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Dad1\orders.civil\Cavell0432.oah.081806

---

[1] It was represented at the hearing that defendant has now provided initial disclosures.

2